CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DENISE N. YASINOW (NYBN 5593819)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
denise.yasinow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26-cr-00170-JSC |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| CECIL TERRELL, | |
| Defendant. | |

On April 15, 2026, Defendant Cecil Terrell was charged by Indictment with two counts of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on April 22, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Daniel Blank. Assistant United States Attorney Denise Yasinow appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented by the parties during the hearing, the defendant's memorandum in opposition to detention, with attached letters of support, the pre-bail report by Pretrial Services, and for the reasons stated on the record, the Court finds by clear and convincing evidence that, on the current record, no condition or combination of conditions will

reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

As noted on the record, the Court makes the following findings as the bases for its conclusion: the nature of the instant offenses, which both involved the possession of a firearm and ammunition; the defendant's criminal history; and the defendant's conduct while on pretrial diversion for a related state case.  This finding is made without prejudice to the defendant's right to seek review of his detention or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.	The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.	The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.	On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: April 22, 2026

HONORABLE ALEX G. TSE
United States Magistrate Judge